No. 702. COMMONWEALTH OF KENTUCKY EX REL. FRANK E. DAUGHERTY, ATTORNEY GENERAL OF THE COMMONWEALTH OF KENTUCKY v. WALDEMAR CONRAD VON ZEDWITZ, UNITED STATES TRUST COMPANY OF NEW YORK AND HENRY CACHARD, TRUSTEES, ETC. November 29, 1926. Petition for a writ of certiorari to the Court of

Appeals of the State of Kentucky denied. *Mr. Benjamin D. Warfield* for petitioner. *Messrs. Alex. P. Humphrey, Edward P. Humphrey, Charles W. Milner, William A. W. Stewart,* and *George L. Shearer* for respondents.